**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RONALD CAMPBELL, SR.,**

              **Petitioner,**

       **v.**                              **9:06-CV-1140**

**ISRAEL RIVERA,
Superintendent of Coxsackie Correctional Facility,**

              **Respondent.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

Ronald Campbell, Sr.
03-B-1554
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403
Petitioner, *pro se*

HON. ANDREW M. CUOMO          Frederick H. Wen, Esq.
New York State Attorney General      Assistant Attorney General
120 Broadway
New York, NY 10271
Attorney for Respondent

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 17th day of July 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.  The petition is denied and dismissed, and no certificate of appealability will be issued.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  August 18, 2009
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge